Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

Willard M. McEwen, for appellant. Quin O'Brien, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Mary Griffin, appellee, v. National Council of Knights and Ladies of Security, appellant. Gen. No. 27,729.**

Action upon a life benefit certificate issued by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed November 8, 1922.

A. W. Fulton, John V. McCormick and S. J. Fulton, for appellant. Edwin M. Wood and Irving H. Flamm, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Jacob I. Glickerman, trading as Independence Plumbing Company, appellee, v. Daniel J. Sullivan, appellant. Gen. No. 27,148.**

Action to recover for plumbing work and material. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed November 29, 1922.

Charles Jules Michelet, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Anderson and Lind Manufacturing Company, petitioner, v. Carpenters' District Council et al., defendants.**

**Thomas F. Church, appellant, v. The People of the State of Illinois et al., appellees. Gen. No. 27,152.**

Contempt proceedings against defendant for violation of an injunction. Defendant found guilty. (See 226 Ill. App. 505.) Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

Hope Thompson, for appellant. Edmund M. Froehlich, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Edward G. Pauling, appellee, v. East End Garage, appellant. Gen. No. 27,205.**

Action to recover the value of an automobile kept in defendant's garage and delivered by defendant to some unauthorized person upon a fraudulent telephone order purporting to be from plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

Clyde L. Day and John J. Beilman, for appellant. William G. Wise, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.